IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT R. KIMBALL,                                    06-CV-6318-HU

                  Plaintiff,              JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                  Defendant.

Based on the Court's Order (#22) issued June 2, 2008, the Court hereby **REMANDS** this matter to the Commissioner for the calculation and award of benefits for the period March 1999 to September 2004 and **REMANDS** to the Commissioner for further administrative proceedings to determine whether Kimball engaged

1  -  JUDGMENT OF REMAND

in substantial gainful activity after September 2004.

IT IS SO ORDERED.

DATED this 2nd day of June, 2008.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

2  -  JUDGMENT OF REMAND