Kathryn Tassinari, OSB# 80115
Robert A. Baron, OSB# 89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'08 AUG 06 12:15 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SCOTT R. KIMBALL, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 06-6318-HU <br><br> ORDER FOR PAYMENT OF ATTORNEY'S FEES PURSUANT TO EAJA |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted as full settlement of any and all claims for attorney fees under EAJA. Attorney fees in the sum of $4,301.36 is awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _5th_ day of _August_, 2008.

_____
U.S. District Judge

PRESENTED BY:

By: _s/ Kathryn Tassinari_
Kathryn Tassinari, OSB#80115
Harder, Wells, Baron & Manning, P.C.

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA

Of Attorneys for Plaintiff

2 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA